KEHR *et al.* *v.* FLOYD & COMPANY.

ATKINSON, J. 1. After a general demurrer to a declaration has been sustained and the cause dismissed by the superior court, and that judgment affirmed in the Supreme Court without condition or direction, the declaration is not amendable. *Central R. Co.* v. *Patterson,* 87 *Ga.* 646 (13 S. E. 525) ; *Benning* v. *Horkan,* 123 *Ga.* 454 (51 S. E. 333) ; *Goldsmith* v. *Georgia R. Co.,* 62 *Ga.* 543.

(*a*) Accordingly it was not erroneous in the present case, after the decision of the Supreme Court and before the remittitur was made the judgment of the superior court, for the judge to refuse to allow the plaintiffs to reinstate the case in the superior court for the purpose of affording an opportunity to amend the petition.

*Judgment affirmed. All the Justices concur.*

NOVEMBER 19, 1910.

Motion to reinstate. Before Judge Seabrook. Effingham superior court. November 11, 1909.

*J. H. Smith* and *R. W. Sheppard,* for plaintiffs.

*Gignilliat & Heidt* and *Travis & Travis,* for defendants.